# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON,<br><br>      Petitioner,<br><br>      v.<br><br>W.L. MUNIZ, Warden,<br><br>      Respondent. | Case No. CV 15-1354 JLS (MRW)<br><br>JUDGMENT |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 12, 2015

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE